UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:07CR0457-01 $\mathcal{EJG}$ |
| Plaintiff, | ) | ORDER FOR RELEASE OF |
| v. | ) | PERSON IN CUSTODY |
| | ) | |
| JUSTO BORJAS-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Justo Borjas-Rivera from custody subject to the

conditions stated on record at the hearing of April 3, 2009, and for the following reasons:

   XX   (Other) Defendant sentenced to TIME SERVED.

Issued at  Sacramento, CA  on April 3, 2009, at 2 pm  .

By          _Cel J La_____

EDWARD J. GARCIA
United States District Judge

# FILED

APR 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK