| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-07-0457 EJG |
| v. | |
| JUSTO BORJAS-RIVERA, | **RELATED CASE ORDER** |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-09-0319 FCD |
| v. | |
| JUSTO BORJAS-RIVERA, | |
| Defendant. | |
| _____/ | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is

1  effected.  Under the regular practice of this court, related cases are generally assigned to the
2  judge and magistrate judge to whom the first filed action was assigned.
3       IT IS THEREFORE ORDERED that pursuant to General Order No. 372 the action
4  denominated, CR.S-07-0457 EJG is reassigned to Judge Frank C. Damrell, Jr. for all further
5  proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.
6  Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-07-**
7  **0457 FCD**.
8       IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
9  assignment of criminal cases to compensate for this reassignment.
10      IT IS SO ORDERED.
11 DATED:  November 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE