```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JUSTO BORJAS RIVERA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Nos. 2:09-CR-319 FCD |
| --- | --- |
| | )      2:07-CR-457 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE TO MARCH 22, |
| | ) 2010 |
| JUSTO BORJAS RIVERA, | ) |
| | ) Date:  February 22, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Frank C. Damrell, Jr. |

    The parties stipulate, through respective counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Borjas, that the Court should vacate the status conferences scheduled for February 22, 2010, at 10:00 a.m., in case numbers 09-319 and 07-457, and reschedule the status conferences in both cases for March 22, 2010, at 10:00 a.m.

    Counsel for Mr. Borjas requires further time to review discovery with him, and to negotiate with the government in an effort to resolve both of these matters.

    The parties further stipulate that the Court should exclude the period of time from the signing of this order through March 22, 2010,

STIPULATION AND ORDER                    1

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting this request for a continuance outweigh the best interest of the public and Mr. Borjas in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local Code T4).

Dated: February 19, 2010    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: February 19, 2010    BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Michael D. Anderson
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 19, 2010

STIPULATION AND ORDER                2